July 16, 2015



# JUDGMENT

# 𝔗𝔥𝔢 𝔉𝔬𝔲𝔯𝔱𝔢𝔢𝔫𝔱𝔥 ℭ𝔬𝔲𝔯𝔱 𝔬𝔣 𝔄𝔭𝔭𝔢𝔞𝔩𝔰

### PAMELA Y. KELLEY, ARTHUR LEE KELLEY, CLARA BROOKS, AND GARY L. LEONARD, Appellants

NO. 14-14-00686-CV                                     V.

### LAVEARN IVEY, Appellee

_____

This cause, an appeal from the "Order Granting Plaintiff's Application for Temporary Injunction," signed August 18, 2014, was heard on the transcript of the record. We have inspected the record and find no error in the order. We order the "Order Granting Plaintiff's Application for Temporary Injunction" of the court below **AFFIRMED**.

We order appellants, Pamela Y. Kelley, Arthur Lee Kelley, Clara Brooks, and Gary L. Leonard, jointly and severally, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.